# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DONTE CARTER**  **PLAINTIFF**
**CCDC #762650**

v.  No: 3:19-cv-00181 DPM-PSH

**MARTY BOYD,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Donte Carter filed an unsigned *pro se* complaint pursuant to 42 U.S.C. § 1983 on June 17, 2019, while incarcerated at the Craighead County Detention Center (Doc. No. 1). Carter has since filed a motion for leave to proceed *in forma pauperis* (Doc. No. 4), but the accompanying calculation sheet and certificate are not signed by an authorized official. Accordingly, Carter's motion is denied as incomplete. To proceed with this case, Carter must file a completed IFP application, including an accompanying calculation sheet and certificate signed by an authorized official, or pay the $400.00 filing fee within 30 days of the date of this order. Carter must also file a signed complaint. Otherwise, the lawsuit will be dismissed. The Clerk of Court is directed to send Carter a blank application to proceed *in forma pauperis* and a blank § 1983 form.

IT IS SO ORDERED this 17th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE