IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONTE CARTER
#762650                                                                PLAINTIFF

v.                        No. 3:19-cv-181-DPM-PSH

MARTY BOYD, Sheriff, Craighead
County Sheriff Department; and KEITH
BOWERS, Jail Administrator, Craighead
County Sheriff Department                                              DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Carter hasn't updated his address; his mail is still being returned undelivered. № 7–10. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2019