IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONTE CARTER                                                            PLAINTIFF
#762650

v.                          No. 3:19-cv-181-DPM

MARTY BOYD, Sheriff, Craighead
County Sheriff Department; and KEITH
BOWERS, Jail Administrator, Craighead
County Sheriff Department                                               DEFENDANTS

## JUDGMENT

Carter's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2019